# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  07MJ 2533 |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| JESUS MUNOZ | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  11/13/07
the Court entered the following order:

**X** _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

**X** _____ Defendant released on $ 50,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

OR

Received _____  W. SAMUEL HAMRICK, JR.   Clerk
DUSM                       by
                           _____ Deputy Clerk

                           M. BEHNING

Crim-9   (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY