FILED
07 NOV 20 PM 3:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07 CR 3162 L |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., |
| JESUS MUNOZ JR. (1), ) | Secs. 1324(a)(1)(A)(ii) and |
| ALFREDO LUIS-TENORIO (2), ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| Defendants. ) | Abetting; Title 18, U.S.C., |
| ) | Secs. 922(g)(1) and 924(a)(2) - |
| ) | Felon in Possession of a Firearm |
| ) | and Ammunition; Title 18, U.S.C., |
| ) | Sec. 924(d) and Title 28, U.S.C., |
| ) | Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about October 21, 2007, within the Southern District of California, defendants JESUS MUNOZ JR. and ALFREDO LUIS-TENORIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fermin Tapia-Barrera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

CJB:em:San Diego
11/19/07

## Count 2

On or about October 21, 2007, within the Southern District of California, defendants JESUS MUNOZ JR. and ALFREDO LUIS-TENORIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Avelino Sanchez-Merino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 3

On or about October 21, 2007, within the Southern District of California, defendants JESUS MUNOZ JR. and ALFREDO LUIS-TENORIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Ramirez-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 4

On or about October 21, 2007, within the Southern District of California, defendant JESUS MUNOZ JR., being a person who had previously been convicted in a court, that is, a General Court Martial convened at Fort Myers, Arlington, Virginia, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about April 12, 2000, of the offense of Wrongful Distribution of Cocaine, in violation of the Uniform Code of Military Justice Article 112A, did

knowingly and unlawfully possess in and affecting commerce a firearm, that is, a loaded .32 caliber Berretta semi-automatic pistol, serial number DAA400773, and a magazine with six .32 caliber rounds and one .32 caliber round in the chamber; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Count 4 of this Indictment, defendant JESUS MUNOZ JR. shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

    a.    one Berretta, model 3032 Tomcat, .32 caliber, semi-automatic pistol, serial number DAA400773;

    b.    one .32 caliber semi-automatic pistol magazine; and

    c.    Seven rounds.

All pursuant to Title 18, United States Code, Section 924(d).

DATED: November 20, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney