PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. MUNOZ, JESUS                                        Docket No. 07CR3162-L

### Petition for Action on Conditions of Pretrial Release

Comes now Evelyn Garcia Pretrial Services Officer Assistant presenting an official report upon the conduct of defendant MUNOZ, JESUS who was placed under pretrial release supervision by the Honorable Barbara Lynn Major - 74BO sitting in the court at San Diego, on the 29th day of October, 2007, under the following conditions:

restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant has revealed a history of illicit drug use. This information was not made available to the court at the time bail was set in this matter.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 7 day of December, 7, 2007 and ordered filed and made a part of the records in the above case. | Executed on: December 3, 2007 |
| _____<br>U. S. District Judge | Respectfully,<br>_____<br>Evelyn Garcia, U.S. Pretrial Services Officer Assistant |
|  | Place   San Diego, California |
|  | Date    December 3, 2007 |