UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07CR 3162-L |
| Plaintiff | |
| vs. | ORDER |
| Jesus Munoz, Jr (1) | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Barbara L. Major

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Fermin Tapia-Barrera

DATED: 01/22/08

Barbara L. Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk