# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
      Plaintiff          )          CRIMINAL NO. _07CR 3162 - L_
                                   )
                                   )          ORDER
     vs.                          )
                                   )          RELEASING MATERIAL WITNESS
Jesus Munoz, Jr (1)                )
                                   )
                                   )          Booking No.
     Defendant(s)                 )
_____)

On order of the United States District/Magistrate Judge,   Barbara L. Major

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Roberto Ramirez-Hernandez

DATED: ___01/22/08___

Barbara L. Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

**Deputy Clerk**

RECEIVED _____
             DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082