# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

U. S. A. vs. MUNOZ, JESUS
Reg. 05335-298

Docket No. 07CR3162L-001

08 FEB 12 PM 12: 24

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Action on Conditions of Pretrial Release

pm / DEPUTY

Comes now Anthony W. Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant MUNOZ, JESUS Jr. who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the 29th day of October, 2007, under the following conditions:

Restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling.

Modified 12/07/07: Submit to testing and/or treatment for drug or alcohol abuse as specified by the Pretrial Services Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

<u>Conditions violated</u>: Submit to testing and/or treatment as specified by the PSO for drug or alcohol abuse, not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription, seek and/or maintain full-time employment, schooling or a combination of both.

1. The defendant stalled for drug testing on January 19, 2008, resulting in a failure to provide a urine specimen.
2. The defendant failed to report for drug testing on January 24, 2008.
3. The defendant submitted a urine specimen on February 04, 2008, which confirmed positive for amph/methamphetamine.

<u>Grounds for violation:</u>
1. I have received and reviewed information from PSO Janich on February 01, 2008, that the defendant stalled and failed to provide a urine specimen to DTR on January 19, 2008.
2. I have received and reviewed information from PSO Janich on February 01, 2008, indicating the failed to report for testing on January 24, 2008.
3. I have received and reviewed a confirmation report from U.S. Pretrial Services drug testing laboratory indicating the defendant's urine specimen submitted on February 04, 2008, confirmed positive for amph/methamphetamine.

**PRAYING THAT THE COURT WILL ISSUE A NO-BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST IN ORDER TO BRING HIM BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __11__ day of __February__ 2008, and ordered filed and made a part of the records in the above case. | Executed on: __7/7/08__ |
| _M. James Lorenz_, U. S. District Judge | Respectfully, Anthony W. Ortiz, U.S. Pretrial Services Officer (619) 557-6323 |
| | Place __San Diego, California__ |
| | Date __February 06, 2008__ |