AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA  05 13 £ 898

UNITED STATES OF AMERICA

v.

Jesus Munoz, Jr.

08 FEB 22 AM 11:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**WARRANT FOR ARREST**

CASE NUMBER: 07-CR-3162-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jesus Munoz, Jr. _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 2/20/08
ARRESTED BY DUSM Scott, USMS in LA

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: _____

RECEIVED 08 FEB 13 A 11:08 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy
M. Jenkins

Bail fixed at $ _____ No Bail _____

Clerk of the Court
Title of Issuing Officer

February 12, 2008, San Diego, California
Date and Location

by _____ The Honorable M. James Lorenz _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I D         LASERTA         DUE 2/14